# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICKEY GISCLAIR, ET UX

VERSUS

SOUTHERN GUARD SERVICES, ET AL

NO.  2026 CW 0541

**JUNE 29, 2026**

---

In Re:    Southern Guard Services, Inc., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 144-641.

---

BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

**WRIT DENIED.**

**TPS**
**BDE**

**McClendon, C.J.,** would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT